JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALTON DEION MIXON, | ) | Case No. EDCV 14-00356-DDP (DTB) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| NEIL McDOWELL, Acting Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Granting Motion to Dismiss and Denying a Certificate of Appealability, IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: September 15, 2015

DEAN D. PREGERSON
United States District Judge